Case 3:24-cv-00396-KC    Document 1-3    Filed 10/25/24    Page 1 of 2

Gmail - Your document with Summit Law Partners is ready for signature!



Erik Salaiz &lt;salaiz.ep@gmail.com&gt;

---

**Your document with Summit Law Partners is ready for signature!**
1 message

**info@slplawoffices.com** &lt;info@slplawoffices.com&gt;　　　　　　　　　　　　　　　Mon, Jul 15, 2024 at 11:32 AM
To: "salaiz.ep@gmail.com" &lt;salaiz.ep@gmail.com&gt;



## YOUR DOCUMENT IS READY!

Dear Erik Salaiz,

Your document with Summit Law Partners is ready for signature! Please click the link below to sign your document. If you have any questions, please consult your representative at Summit Law Partners.

**View Document**

Thank you,
Summit Law Partners PC



**Summit Law Partners PC**

info@slplawoffices.com

(888) 482-1505

CONFIDENTIALITY AND DISCLAIMER NOTICE: This email is intended for clients of Summit Law Partners PC. You are receiving this email because you are our client. This e-mail and any attachments or files transmitted with it, isconfidential and intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient, be advised that you have received this email in error and that any use, dissemination,forwarding, printing or copying of this email is strictly prohibited