

# LEGAL SERVICES AGREEMENT

Erik Salaiz

6320 Navajo Ave

El Paso, TX 79925

# SUMMARY OF TERMS

### LAW FIRM

| | |
|---|---|
| Company | Summit Law Partners PC |
| Email | info@slplawoffices.com |
| Phone | (888) 482-1505 |

### CLIENT

| | |
|---|---|
| Name | Erik Salaiz |
| Address | 6320 Navajo Ave |
| | El Paso, TX 79925 |
| Email | salaiz.ep@gmail.com |
| Phone | (915) 540-5210 |

### KEY TERMS

| | |
|---|---|
| Term | 36 Months |
| | Jul 26, 2024 - Jun 26, 2027 |
| Payment Amount | $725.14 |
| Payment Type | ACH |
| Enrolled Debts | 8 - $$74,586.00 |

# LEGAL SERVICES AGREEMENT

This Legal Services Agreement (the "Agreement") is made and entered into as of <u>7/15/2024</u>, by and between **Erik Salaiz**, an individual (hereinafter referred to as the "Client") and Summit Law Partners PC, a California Professional Corporation. (hereinafter referred to as "Summit").

## RECITALS

WHEREAS, Summit is in the business of advocating for consumer rights and assisting clients with managing their debts and related legal issues;

WHEREAS, the Client desires to retain Summit to represent them in accordance with the terms and conditions set forth in this Agreement;

NOW, THEREFORE, in consideration of the mutual promises and covenants contained in this Agreement, and for other good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the parties agree as follows:

**1.    Scope of Services**

Summit agrees to provide the following services related to the Enrolled Accounts listed in Exhibit A, in compliance with applicable regulations:

**Account Resolution Services:** Summit will begin immediate representation, assist in stopping collection calls, request authentication and verification of of all enrolled accounts, argue and reconcile accounts with creditors and/or collectors, send letters to third party debt collectors on Client's behalf requiring documentation that the debt collector is authorized to collect the debt, examine the Client's accounts and creditor actions in light of the Fair Debt Collection Practices Act (FDCPA) as governed by 15 U.S.C. § 1692 and other such available regulations, and advise Client on all available remedies. This may involve disputing the accuracy of debts under 15 U.S.C. § 1692g(b), investigating potential FDCPA violations as per 15 U.S.C. § 1692c, and negotiating the resolution of the dispute.

**Customized Legal Plan and Representation:** Summit will represent Client and administer a legal plan tailored to the Client's specific needs. The customized legal plan will address matters related to the Client's debts and financial situation, considering the unique circumstances and requirements of the Client. Additionally, Summit will coordinate to deliver legal representation for the Client when necessary, safeguarding their rights and interests during the Term of this Agreement.

If Client receives a court summons, or other court documents, for any enrolled account after retaining Summit, Client agrees to submit a complete copy of such summons to Summit via email to (Info@slplawoffices.com) within 5 days of receipt or as soon as possible. After Summit receives your summons, Summit agrees to assign you an attorney licensed in your jurisdiction to represent you in court with respect to that summons. No additional fees will be assessed for such assignment of representation; however, you agree and accept that there may be extra costs, such as court fees and settlement fees, that you would be responsible for.