Mark L. Javitch (California SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| ERIK SALAIZ, an individual, <br><br> Plaintiff, <br><br> v. <br><br> SUMMIT LAW PARTNERS PC, a California Professional Corporation and JEFFREY C. BOGERT, an individual, <br><br> Defendant. | Civil Action No.: 3:24-cv-00396-KC <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

TO THE COURT AND ALL PARTIES OF RECORD: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff ERIK SALAIZ hereby voluntarily dismisses this entire case, including dismissing all Defendants with prejudice, with each side bearing their own costs and attorneys' fees. Neither of the Defendants have served an answer or a motion for summary judgment.

Dated: December 17, 2024         Respectfully submitted,

By: /s/ Mark L. Javitch
Mark L. Javitch (California SBN 323729)
JAVITCH LAW OFFICE
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*